IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 99-03T |
| | ) | |
| LEWIS E. MARLEY, JR. | ) | |

ORDER

This matter came on for consideration before the Court and after consideration of the matter and findings that the defense requested psychiatric examination of defendant is warranted in the interests of justice, it is hereby

ORDERED, ADJUDGED and DECREED

That the United States Probation Office is authorized to furnish to Heather Abrahams, M.D. records for use in her examination of defendant, such records to include the Presentence Report relating to defendant in CR. No. 99-03T, any and all psychiatric and/or psychological reports relating to defendant, any and all drug treatment notes contained in defendant's Probation Office file, and any and all prison records relating to defendant held by the U.S. Probation Office for the District of

Rhode Island.

BY ORDER:

ENTER:

_Mary M. Lisi_
MARY M. LISI
Chief United States Dictrict Judge
DATE: April 23, 2009